# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAM MAVERICK SPIRIT, LLC | § § | |
| vs. | § § | No.: SA:20-CV-00333-OLG |
| ALAMO PREMIUM DISTILLERY, INC., ET.AL. | § § § | |

## ORDER FOR DISMISSAL PAPERS

On Tuesday, February 23, 2021 counsel for plaintiff and defendants jointly advised the Court that this case settled. The parties have not filed the closing paperwork in this case. Accordingly, it is hereby ORDERED that:

1) The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **Friday, April 30, 2021**. If the parties are unable to submit those documents by that date, Plaintiff should move for an extension of time to file the documents. Failure to so move shall result in a dismissal of this case from the Court's docket for failure to diligently prosecute.

2) All pretrial deadlines in this case are hereby STAYED pending the submission of the parties' stipulation of dismissal or agreed judgment, and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3) Any motions pending in this action are DENIED, subject to reurging should settlement fail.

4) The Plaintiff shall serve a copy of this order on the attorney for the defendant.

5) The pretrial conference and trial settings are cancelled.

No extensions of the above deadline shall be granted except upon a showing of good cause.

**It is so ORDERED.**

**SIGNED this 24th day of February, 2021.**

_____
**ORLANDO L. GARCIA**
**CHIEF U.S. DISTRICT JUDGE**