Case 5:20-cv-00333-OLG   Document 22   Filed 03/26/21   Page 1 of 1

**FILED**
March 26, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                      DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| SAM MAVERICK SPIRITS, LLC, | § | |
| *Plaintiff and Counter-Defendant*, | § | |
| v. | § | |
| ALAMO PREMIUM DISTILLERY, INC. d/b/a ALAMO DISTILLING COMPANY, | § | Civil No. SA-20-cv-00333-OLG |
| *Defendant, Counter-Plaintiff, and Third-Party Plaintiff*, | § | |
| v. | § | |
| KENNETH MAVERICK and MAVERICK WHISKEY, LLC, | § | |
| *Third-Party Defendants*. | § | |

## ORDER ADMINISTRATIVELY CLOSING CASE

On February 23, 2021, the parties' counsel notified the Court that the parties had settled this case in mediation. Accordingly, the Court hereby ADMINISTRATIVELY CLOSES this case pending the filing of dismissal papers. The Clerk of the Court is ORDERED to close this case upon entry of this Order. If the parties wish to reopen this case, they may do so by filing a motion to reopen.

It is so ORDERED.

Signed this  26th  day of March, 2021.

_____
ORLANDO L. GARCIA
Chief United States District Judge